UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Pointers of Greater New York Local  )
Union 1974, Affiliated with International Union of Allied  )
Painters and Allied Trades, AFL-CIO and Trustees of the  )
Drywall Tapers and Painters Local Union No. 1974  )
Benefit Funds,  )
                                                                                   )  Case No.: 24-cv-03689-JSR
                Petitioners,  )
                                                                                    )  **JUDGMENT**
                -against-  )

Nova Brothers, Inc.,  )
                Respondent.  )

---

This action having been commenced on May 14, 2024 by the filing of the Petition, and a copy of the Summons and Petition having been served on the Respondent Nova Brothers, Inc. on May 17, 2024 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on May 20, 2024 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioners have judgment against Respondent in the liquidated amount of Fourteen Thousand Four Hundred Thirty Six Dollars and Fourteen Cents ($14,436.14), which includes the following: Decision and Award of the Joint Trade Board amount due and owing in the sum of $10,891.22, attorney's fees in the sum of $2,820.00 and court costs and disbursements in the sum of $724.92.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioner be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
         7/1/ , 2024

So Ordered:

_____
Honorable Jed S. Rakoff, U.S.D.J.